**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:17CR184** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KORTNEY CUNEGIN,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

     This matter is before the court on the Unopposed Motion to Continue Trial [25]. Counsel needs additional time to properly prepare for trial.   Counsel informs the court that defendant will comply with NECrimR 12.1(a).  For good cause shown,

     **IT IS ORDERED** that the Motion to Continue Trial [25] is granted, as follows:

1.  The jury trial now set for August 21, 2017 is continued to **October 16, 2017.**

2.   In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 16, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED August 9, 2017.**

               **BY THE COURT:**


               **s/ Susan M. Bazis**
               **United States Magistrate Judge**